IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JOSE ESPINOZA-MERAZ , ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:08-cr-00192 LJO <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on August 1, 2008 to 3 days Custody and 3 days Credit for Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED: August 4, 2008_____

/s/ Sandra M. Snyder
_____
SANDRA M. SNYDER
U.S. Magistrate Judge

9/26/96 exonbnd.frm

1